

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00454-CV

Charlene **MENDEZ**,
Appellant

v.

Jeremy **DELGADO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-10408
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee Jeremy Delgado recover his costs on appeal from Appellant Charlene Mendez.

SIGNED July 17, 2019.

_____
Irene Rios, Justice